UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05 CR 10143 PBS** |
| v. | ) | CRIMINAL NO.: |
| | ) | |
| COURTNEY WHITE, | ) | Count 1: 18 U.S.C. §922(g)(1) |
| Defendant. | ) | Felon in Possession of a |
| | ) | Firearm and Ammunition |
| | ) | |

### INDICTMENT

**COUNT ONE:** 18 U.S.C. §922(g)(1) – Possession of a Firearm and Ammunition by a Felon

The Grand Jury charges that:

On or about January 4, 2005, at Boston, in the District of Massachusetts,

**COURTNEY WHITE,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: one .32 caliber Davis Industries Derringer pistol bearing serial number 553067, and ammunition, to wit: two rounds of assorted .32 caliber ammunition.

All in violation of Title 18, United States Code, §922(g)(1).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; June 8, 2005, at _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**05 CR 10143 PBS**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**          Category No. __II__          Investigating Agency __ATF__

City __Boston__          **Related Case Information:**

County __Suffolk__          Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __COURTNEY WHITE__          Juvenile  ☐ Yes   ☒ No

Alias Name __unknown__

Address __412 Massachusetts Ave. #3, Boston, MA  02118__

Birth date: __1975__    SS#: __7108__    Sex: __M__   Race: __Black__    Nationality: __USA__

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul R. Moore__          Bar Number if applicable __632312__

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☒ Already in State Custody  __Suffolk Co.__    ☐ Serving Sentence    ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 8, 2005          Signature of AUSA: _/s/ P.R.M._

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):_____

**Name of Defendant**   <u>COURTNEY WHITE</u>

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |