UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )   CRIM. NO. 05-10143-PBS<br>)<br>COURTNEY WHITE,                        )<br>         Defendant.                          ) | |

### PETITION FOR WRIT OF HABEAS CORPUS

The United States of America, by and through Assistant United States Attorney Paul R. Moore, respectfully represents:

1. That COURTNEY WHITE is presently incarcerated at MCI - Concord in Concord, Massachusetts (965 Elm Street, Concord, MA 01742), and that on January.27, 2006, he will be incarcerated at that institution.

2. That COURTNEY WHITE has been ordered by the Honorable United States Magistrate Judge Joyce London Alexander to appear for an Initial Appearance in the above-captioned matter at 2:00 P.M. on January 27, 2006, at the John J. Moakley Federal Courthouse, One Courthouse Way, Boston, MA 02110.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Testificandum issue from this Court to be directed to the Warden, MCI-Concord in Concord, Massachusetts, or to any other person having custody and control of COURTNEY WHITE, commanding them to produce COURTNEY WHITE to the United States Marshal, District of Massachusetts, John J. Moakley federal Courthouse, One Courthouse Way, Boston, MA 02110, in sufficient time to appear promptly at 2:00 P.M. on January 27, 2006.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant U.S. Attorney


ALLOWED:

_____
Hon. JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE


DATED: _____