# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  The Warden of MCI CONCORD in Concord

YOU ARE COMMANDED to have the body of _____Courtney White_____

__ now in your custody, before the United States District Court for the District of Massachusetts, United

States  Courthouse, 1 Courthouse Way, Courtroom No.___24_____, on the __7th_____ floor,

Boston, Massachusetts on __Friday January 27, 2006_____, at _2:00_ P.M.

for the purpose of _____Initial Appearance Hearing_____

in the case of   UNITED STATES OF AMERICA V. _____Courtney White_____

CR Number ___05CR10143-PBS_____

And you are to retain the body of said _____Courtney White_____

while before said Court upon said day and upon such other days thereafter as his attendance before said

Court shall be necessary, and as soon as may be thereafter to return said _____Courtney White_____

to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he

had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with

your doings herein.

Dated this __23rd_ day of_ January, 2006___.


_____/s/ Joyce London Alexander_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

By:____/S/ Jarrett Lovett_____

Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)