UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

                              Criminal No.: 05CR10143PBS

COURTNEY WHITE

### **DEFENDANT'S MOTION AND SUGGESTED CONDITIONS OF RELEASE**

     Now comes the Defendant, Courtney White, and by and through his counsel, respectfully requests that this honorable court enter an order releasing him on conditions as set out below pursuant to 18 U.S.C. 3142.

### **BIOGRAPHICAL INFORMATION**

     The undersigned expects that pre-trial services will have completed a biographical report concerning Mr. White by the January 31, 2006 scheduled detention hearing. Courtney White was born in Boston, Massachusetts on April 15, 1975. He is 30 years old. Mr. White is a graduate of Braintree High School. If released on conditions of release Mr. White would reside at 51 Bridle Path Circle Apt. 530, Randolph MA 02368 with his fiancé, Felicia Monteiro, and their 8-year-old daughter Angelique. At the time of his arrest Mr. White was working at Walmart as a sales and service associate in the photo department. Mr. White was paying court ordered child support for his son, Marquis Pate, 14 years old, who lives with his mother in Dorchester, MA.

## RISK OF FLIGHT

While the Defendant has a criminal history, he shows up for his court appearances. The limited defaults on his record are technical defaults in nature. Mr. White has extensive roots in Greater Boston. His entire family, three sisters, two brothers, mother and father, all live in the Greater Boston area. It is anticipated that pre-trial services will not consider Courtney White a risk of flight.

## DANGER TO THE COMMUNITY

It is anticipated that primarily due to Mr. White's previous record, pre-trial services will consider him a danger to the community. The Defendant suggests that any assaultive behavior occurred many years ago, and at the time of his arrest he was living outside of Boston, with his fiancée and daughter, and was working fulltime at Walmart in Avon. It is suggested that there are conditions of release including possible home confinement and electronic monitoring, which will ensure the safety of the community. The Defendant's fiancé Felicia Monteiro is willing to act as a third party custodian and is willing to sign an unsecured bond in any amount the court deems appropriate.

## REQUEST FOR RELEASE

In light of all this, the Defendant puts forth the following conditions of release:

1. That a family member, relative or family friend execute a $50,000.00 unsecured bond.

2. That the Defendant reside at 51 Bridle Path Apt. 530, Randolph, MA 02368.

3. That the Defendant's ability to travel is restricted to the District of Massachusetts.

4. That he report to pre-trial services, provide a urine sample, and submit to random drug testing.

5. That the Defendant refrain from using illegal substances

6. Curfew

7. Maintain employment

8. The Defendant would also assent to home confinement with an electronic monitor if the court deems it necessary.

Respectfully submitted,
COURTNEY WHITE,
By his counsel,

/s/James E. McCall
BBO#327365
Four Longfellow Pl. #3703
Boston, MA 02114
617.720.2900
617.742.5761(Fax)
Mccall_attorney@yahoo.com