AO 458 (Rev. 10/95) Appearance

```
FILED
In Open Court
USDC, Mass.
Date 1/31/06
By [signature] Lovell
   Deputy Clerk
```

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

United States
v.
Courtney White

**APPEARANCE**

Case Number: 05-10143-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

COURTNEY WHITE

I certify that I am admitted to practice in this court.

| 1/31/2006 | [signature: James E McCall] |
|---|---|
| Date | Signature |

James E. McCall    327365
Print Name                Bar Number

4 Longfellow Place Suite 3703
Address

Boston      MA      02114
City        State   Zip Code

(617) 720-2900        (617) 742-5761
Phone Number          Fax Number