UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 1/31/06
By JARRET LOVETT
Deputy Clerk

UNITED STATES OF AMERICA

V.                                           CRIMINAL NO. 05-CR-10143-PBS

COURTNEY WHITE

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, **COURTNEY WHITE**

[✓]   states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ]   waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.

_1/31/06_
Date

_[signature]_
Attorney for the Defendant

(Automatic Disclosure.wpd - 11/12/98)
[kdiscnot.]