AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2006 FEB -8 A 9:32

UNITED STATES OF AMERICA
V.
**COURTNEY WHITE**

**DOB: 4/15/1975**
**SSN: 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**

## WARRANT FOR ARREST

CASE NUMBER: 05- 05 CR 10143 PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **COURTNEY WHITE**
Name

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Felon in Possession of a Firearm and Ammunition;**

in violation of Title 18 United States Code, Section 922(g)(1).

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 JUN -8 P 4:01

Theresa M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Theresa M. Gawlik
Signature of Issuing Officer

5/8/05 Boston
Date and Location

Bail fixed at ________ by ________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/31/2006 ATF | |