UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10143-PBS

UNITED STATES OF AMERICA

v.

COURTNEY WHITE

REPORT & ORDER ON
~~INTERIM~~ STATUS CONFERENCE
_INITIAL_

ALEXANDER, M.J.

On March 15, 2006, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys.   __None__

2. Features of case that deserve special attention or modification of the standard schedule.   __None__

3. Anticipated supplemental discovery.   __There is none currently anticipated, but both parties acknowledge their ongoing duty to provide it as required by the local and federal rules.__

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C).   __The Court should set dates for notice of expert witnesses as it deems appropriate.__

5. Applicable periods of excludable delay under Speedy Trial Act.   __Parties agree to exclude the time between the date of the Initial Status Conference (3/15/2006) and date of any Final Status Conference ordered by this Court.__

6. Trial  is / is not  anticipated. Estimated duration of trial.   __The parties have not determined whether this matter will be resolved short of trial.__

7. Other matters.   __None__

FILED
In Open Court
USDC, Mass.
Date 3/15/06
By _____
Deputy Clerk

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has / has not been established. The motion date is set for

_____.

An Interim Status Conference has / has not been scheduled. The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date 3/15/06

_____
Deputy Clerk