UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10143-PBS

UNITED STATES OF AMERICA

v.

COURTNEY WHITE

REPORT & ORDER ON
INTERIM STATUS CONFERENCE

ALEXANDER, M.J.

On April 5, 2006, the parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys.  __None__

2. Features of case that deserve special attention or modification of the standard schedule.  __None__

3. Anticipated supplemental discovery.  __There is none currently anticipated, but both parties acknowledge their ongoing duty to provide it as required by the local and federal rules.__

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C).  __The Court should set dates for notice of expert witnesses as it deems appropriate.__

5. Applicable periods of excludable delay under Speedy Trial Act.  __Parties agree to exclude the time between the date of the Interim Status Conference (4/5/2006) and date of any Final Status Conference ordered by this Court.__

6. Trial  is / is not  anticipated. Estimated duration of trial.  __The parties have not determined whether this matter will be resolved short of trial.__

7. Other matters.  __None__

FILED
In Open Court
USDC, Mass.
Date 4/5/06
By Jarrett Lovett
Deputy Clerk

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c)  has  /  has not  been established.   The motion date is set for

_____.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date 4/5/06

_____
Deputy Clerk