UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  05-10143-PBS

v.

COURTNEY WHITE

## NOTICE OF MOTION HEARING / PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                           April 6, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Dispositive Motions / Pretrial Conference on **June 12, 2006**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel