UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, MCI Concord.

YOU ARE COMMANDED to have the body of Courtney White* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on June 12, 2006, at 3:00 p.m. for the purpose of a Motion Hearing in the case of United States of America V.  ,Courtney White CR Number 05-10143-PBS.  And you are to retain the body of said Courtney White while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Courtney White to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 6th day of April, 2006.

* D.O.B 1975
  SS# XXX-XX-7108


PATTI B. SARIS
United States District Judge

　　　　　　　　　　　　　　　　　　　　　　Sarah Thornton, Clerk

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Robert C. Alba
　　　　　　　　　　　SEAL　　　　　　　　　Deputy Clerk