UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10143-PBS |
| ) | |
| COURTNEY WHITE, ) | |
|     Defendant. ) | |

## JOINT MOTION FOR EXCLUDABLE TIME

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and the defendant, COURTNEY WHITE, by and through his counsel, James McCall, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period from April 5, 2006, the date after which an Interim Status Conference was held in this matter, up to and including May 15, 2006, the date on which the defendant's Motion to Suppress (or other substantive motion) shall be filed, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that this brief exclusion is necessary so that the defendant may further examine the evidence in this matter and prepare his Motion to Suppress (due on May 15, 2006). Further, the parties continue to actively examine the possibility of resolution of this matter short of trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from April 5, 2006, through May 15, 2006.

(White: Motion to Exclude Time; contd.)

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By:   /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


            COURTNEY WHITE
            Defendant

By:   /s/ James McCall (by PRM)
        James McCall, Esq.
        Counsel for COURTNEY WHITE

DATE: April 11, 2006