UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | CRIMINAL NO.05–10143–PBS |
| **COURTNEY WHITE** | ) ) ) | |

**DEFENDANT WHITE'S MOTION TO SUPPRESS (SEARCH AND SEIZURE)**

    Defendant, Courtney White, respectfully moves that this Honorable Court suppress from evidence a gun (.32 cal. Davis 2 shot Derringer), ammunition, and any other items allegedly observed or seized during a warrantless search and seizure of the defendant and the passenger area of a car (1992 Toyota) registered to the defendant, from which he was removed on January 4, 2005 by members of the Boston police department who conducted said searches and seizure without a warrant, without probable cause, and without the defendant's consent.  The defendant further moves that all evidence of admissions by way of either acts or statements by him resulting directly or indirectly from said illegal searches and seizures be suppressed as evidence against him in this or any other proceedings.

    As grounds for this motion, the defendant states that the evidence was obtained in violation of his rights under the Fourth Amendment to the United States Constitution.

The defendant further states:

1. The police did not have a warrant to stop or search the car that Mr. White was operating, nor did they have a warrant to arrest or search Mr. White.

2. The police lacked probable cause or reasonable suspicion to stop and search the car.

3. The defendant was unlawfully ordered to exit the 1992 Toyota without probable cause or reasonable suspicion.

4. The police had no justification for conducting a pat frisk of Mr. White.

5. The gun and ammunition seized from the car was discovered during an illegal search, was not incident to a lawful arrest; and was not in plain view.

6. The defendant did not consent to the warrantless search and seizures,

7. The searches and seizures exceeded the permissible scope of a traffic stop or Terry stop and were not the result of a lawful threshold inquiry or lawful protective search for weapons.

8. Any statements allegedly made by Mr. White were fruits of the unlawful police conduct.

Since none of the searches or seizures at issue was supported by a warrant, the government has the burden of showing that the challenged police conduct was lawful.

REQUEST FOR EVIDENTIARY HEARING

      Defendant requests an evidentiary hearing on this motion.

                                        Respectfully Submitted,
COURTNEY WHITE
By his Attorney

/s/James E. McCall
Four Longfellow Place
Suite 3703
Boston, MA 02114
(617)720-2900
BBO# 327365

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | CRIMINAL NO.05–10143-PBS |
| COURTNEY WHITE | ) ) | |

**<u>AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS</u>**

I, James E. McCall, do hereby depose and state the following:

1. I am counsel of record in the above captioned case
2. I have attached a copy of the Boston Police Incident Report to the Defendant's memorandum
3. State and federal grand jury minutes, which have been provided in discovery but are not believed to be public records, are not attached but can be submitted at a future hearing.

Signed under the pains and penalties of perjury this ___day of May 2006.


/s/James E. McCall

# BOSTON POLICE INCIDENT REPORT

ORIGINAL ☒  SUPPLEMENTARY ☐

| KEY SITUATIONS | | COMPLAINT NO | REPORT DIST. | CLEARANCE DIST |
|---|---|---|---|---|
| OTHERS | | 050006581 | D4 | |

| TYPE OF INCIDENT | CRIME CODE | STATUS | DATE OF OCCUR. | |
|---|---|---|---|---|
| FIREARM, POSSESSION | 0 | | A. 01/04/05 | B. |

| LOCATION OF INCIDENT | APT. | DISPATCH TIME | TIME OF OCCUR. | |
|---|---|---|---|---|
| NORTHAMPTON ST, COLUMBUS AV | | 09:06 PM | A. 09:05 PM | B. |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|
| COMM. OF MASS. | (617)-343-4250 | | | |

| ADDRESS | APT. | OCCUPATION | AGE | D.O.B. |
|---|---|---|---|---|
| 650 HARRISON AVE., BOSTON, MA, 02118-0000 | | | 0 | |

| PERSON REPORTING | ADDRESS | APT. | PHONE |
|---|---|---|---|
| P.O. FRANK GRIFFITHS | 650 HARRISON AVE., BOSTON, MA, 02118-0000 | | (617)-343-4250 |

WAS THERE A WITNESS TO THE CRIME — YES ☒ NO ☐

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE | |
|---|---|---|---|---|---|---|---|
| P.O. DAN MACDONALD | 0 | | | 650 HARRISON AVE., BOSTON, MA, 02118-0000 | | (617)-343-4250 | RES / BUS |
| B.M.C. PROBATION OFFICER JOHN TURNER | 0 | | | 90 DEVONSHIRE ST., BOSTON, MA, 02109-0000 | | (617)-788-8426 / (617)-788-8426 | RES / BUS |
| B.M.C. PROBATION OFFICER TIM NORRIS | 0 | | | 90 DEVONSHIRE ST., BOSTON, MA, 02109-0000 | | (000)-000-0000 / (617)-788-8426 | RES / BUS |

NUMBER OF PERPETRATORS: 1 — CAN SUSPECT BE IDENTIFIED AT THIS TIME — YES ☒ NO ☐

**PERSONS**

| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| ARRESTED | WHITE, COURTNEY | 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 | 20050002004 | | |

| WARRANT NO. | ADDRESS | SEX | RACE | AGE | HEIGHT | DOB |
|---|---|---|---|---|---|---|
| | 419 MASS AV, BOSTON, MA, 02118-0000 | MALE | BLACK NON-HISPANIC | 29 | 5-11 | 4/15/1975 |

| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | 215 | MEDIUM | BLACK | BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED — YES ☒ NO ☐

**VEHICLES**

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR (EXP) | MODEL |
|---|---|---|---|---|---|
| TOWED | MA | 6086XH | PAN | 2006 | COROLLA |

| VEHICLE MAKE YEAR | VEHICLE NO. | STYLE | COLOR (TOP-BOTTOM) |
|---|---|---|---|
| TOYOTA - 1992 | 2T1AE94AONC185421 | SEDAN | GREY - GREY |

| OPERATOR'S NAME | LICENSE NO. | STATE | OPERATOR'S ADDRESS |
|---|---|---|---|
| WHITE, COURTNEY | S61480782 | MA | 419 MASS AVE., BOSTON, MA, 02118-0000 |

| OWNER'S NAME | OWNER'S ADDRESS |
|---|---|
| WHITE, COURTNEY | 419 MASS AVE., BOSTON, MA, 02118-0000 |

CAN PROPERTY BE IDENTIFIED — YES ☒ NO ☐

**PROPERTY**

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| RECOVERED | FIREARMS | 553067 | DAVIS INDUSTRIES - .32 CAL. DERRINGER | MODEL D-32 CAL....32 | | |
| RECOVERED | AMMUNITION | | NR - 2 (TWO) .32 CAL. ROUNDS | CCI | | |

IS THERE A SIGNIFICANT M.O. — YES ☒ NO ☐

**M.O.**

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY |
|---|---|---|---|
| HANDGUN | COMMERCIAL & RESIDENTIAL | N/A | N/A |

| WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | VICTIM'S ACTIVITY |
|---|---|---|---|
| CLOUDY | STREET LIGHTS | CAR | |

| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | RELATIONSHIP TO VICTIM |
|---|---|
| "PUT ME IN THE BACK SEAT OF YOUR CAR, I DON'T WANT MY GIRL TO SEE ME" | |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) — YES ☒ NO ☐

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW) — YES ☒ NO ☐

**BLOCK NO. — NARRATIVE AND ADDITIONAL INFORMATION**

AT APPROXIMATELY 21:05 OFFICERS GRIFFITHS AND MACDONALD IN THE DK01F UNIT ACCOMPANIED BY B.M.C. PROBATION OFFICERS T. NORRIS AND J. TURNER, HAVING CONCLUDED THE NIGHT'S PARTICIPATION IN "OPERATION STOP WATCH", OBSERVED A 1992 GREY TOYOTA BEING OPERATED ON CAMDEN ST. AND SUBSEQUENTLY ON NORTHAMPTON ST. WITHOUT A LEFT HEADLIGHT. OFFICERS ACTIVATED THE BLUE LIGHTS AT THIS TIME, INITIATING A TRAFFIC STOP WITH THE 1992 GREY, 4-DOOR COROLLA, MA. REG. 6086XH. AS OFFICERS APPROACHED THE M/V, THEY RECOGNIZED THE OPERATOR AS COURTNEY WHITE, A KNOWN GANG MEMBER OF THE MASS. AVE. HORNETS AND A KNOWN FELON. FOR OFFICER SAFETY COURTNEY WHITE WAS REMOVED FROM THE VEHICLE AND FRISKED. AT THIS TIME COURTNEY WHITE ENGAGED OFFICER GRIFFITHS IN CONVERSATION AND REPEATEDLY ATTEMPTED TO DRAW THE OFFICER AWAY FROM THE TOYOTA STATING "PUT ME IN THE BACK SEAT OF YOUR CAR SO MY GIRL FRIEND DOESN'T SEE ME" AND WALKING AWAY FROM THE TOYOTA TOWARD THE UNMARKED CRUISER. OFFICER GRIFFITHS AT THIS TIME OBSERVED A FULL KNIT SKI MASK IN THE BACK SEAT. AS OFFICER GRIFFITHS RETRIEVED THE SKI MASK FROM THE BACK SEAT, A .32 CAL. DAVIS INDUSTRIES 2 SHOT DERRINGER SER #553067, MODEL D .32 AUTO WITH TWO .32 AUTO CCI ROUNDS IN THE CHAMBERS. AT THIS TIME THE SUSPECT, COURTNEY WHITE, WAS PLACED UNDER ARRESTED FOR UNLAWFUL POSSESSION OF A FIREARM AND UNLAWFUL POSSESSION OF AMMUNITION, AND ISSUED MASS. CITATION #M0915924 FOR DEFECTIVE EQUIPMENT. SUSPECT WAS TRANSPORTED TO DIST. 4 (D102F) AND BOOKED. THE 1992 TOYOTA WAS TOWED TO STADIUM AUTO

| BODY (31711), FORM 2012 COMPLETED. THE FIREARM PLACED IN DISTRICT 4 EVIDENCE LOCKER AND WILL BE SENT TO BALLISTICS. THE SKI MASK AND A SILVER FOLDING KNIFE TO BE SENT TO EVIDENCE MANAGEMENT. OFFICERS WERE UNABLE TO ASCERTAIN IF THE FIREARM WAS STOLEN AT THIS TIME. AFTER BEING MIRANDIZED COURTNEY WHITE DID NOT WISH TO TALK TO OFFICERS STATING "I'LL TAKE MY TEN YEARS." |||||||
|---|---|---|---|---|---|---|
| UNIT ASSIGNED<br>DK01F | TOUR OF DUTY<br>3 | REPORTING OFFICER'S NAME<br>FRANCIS M GRIFFITHS | REPORTING OFFICER'S SIGNATURE<br>P.O Francis M Griffiths | REPORTING OFFICER'S ID<br>6905 | PARTNER'S ID<br>10559 | FI<br>NO |
| DATE OF REPORT<br>01/05/05 | SPECIAL UNITS NOTIFIED (REPORTING)<br>BALLISTICS UNIT TOW LOT | | | | | TELETYPE NO. |
| TIME COMPLETED<br>12:06 AM | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME<br>GHASSOUB P FRANGIE | DUTY SUP. SIGNATURE | | DUTY. SUP. ID<br>7335 |

