UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  05-10143-PBS |
| v. ) | |
| ) | |
| COURTNEY WHITE, ) | |
| Defendant. ) | |

JOINT MOTION TO RE-SCHEDULE HEARING
TO JULY 21, 2006

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and the defendant, Courtney White, by and through his attorney, Jim McCall, Esq., hereby respectfully request that the Suppression Hearing in this matter which is currently scheduled to occur on June 12, 2006, be re-scheduled to July 21, 2006.

The reason for this request is that the defense counsel is beginning a trial on June 12, 2006 (in Suffolk Superior Court) and is unavailable for the hearing in this matter as a result of that trial (which had been scheduled prior to the scheduling of this matter).  The parties have discussed possible dates thereafter (including such factors as when the likely witnesses are believed to be available) and would propose to the Court that the afternoon of July 21, 2006, would present an acceptable opportunity for both parties, should it be available to the Court.  The defendant also agrees to any necessary extension of excludable time to accommodate this requested change in the hearing schedule.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:    /s/ Paul R. Moore
          Paul R. Moore
          Assistant U.S. Attorney

          COURTNEY WHITE
          Defendant

By:    /s/ Jim McCall (by PRM w/ permission)
          Jim McCall, Esq.
          Counsel for Mr. White

June 6, 2006