✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF                    Massachusetts

United States
V.
Courtney White

## EXHIBIT AND WITNESS LIST

Case Number:   05-CR-10143-PBS

| PRESIDING JUDGE Patti B. Saris | PLAINTIFF'S ATTORNEY Paul Moore | DEFENDANT'S ATTORNEY James McCall |
|---|---|---|
| TRIAL DATE (S) July 21, 2006 | COURT REPORTER Marie Cloonan | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/21/06 | | | Daniel E. MacDonald  - Boston P.D. |
| 2 | | 7/21/06 | | | Frank Griffiths  - Boston P.D. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.