UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CRIMINAL NO.05-10143-PBS |
| ) | |
| COURTNEY WHITE  ) | |
| ) | |

ASSENTED TO MOTION TO CONTINUE TRIAL DATE

Now comes the defendant, Courtney White, by and through his counsel of record, and hereby moves this Honorable Court to continue his trial date; currently scheduled for Monday October 30, 2006 as well as the final pre-trial conference date; currently scheduled for Tuesday October 24, 2006. Counsel is requesting November 30, 2006 for trial, or any date thereafter.  In support thereof, the defendant states the following:

1.) Counsel for the defendant is commencing a co-defendant jury trial on October 23, 2006 in Middlesex Superior Court (Lowell) which is expected to run into the week of October 30, 2006.

2.) Assistant United States Attorney Paul Moore is commencing a trial on October 30, 2006.

3.) Counsel for the defendant and the government are currently engaged in intensive plea negotiations which will likely make a trial unnecessary.

4.) The defendant agrees that any continuance shall be deemed excludable under the Speedy Trial Act.

5.) Assistant United States Attorney Paul Moore assents to this motion.

WHEREFORE, the defendant respectfully requests that this Honorable Court continue the trial date until November 30, 2006 or any date thereafter.

| UNITED STATES OF AMERICA | COURTNEY WHITE |
|---|---|
| By Its Attorney, | By his Attorney, |
| | |
| /s/Paul Moore | /s/James E. McCall |
| United States Attorney's Office | Four Longfellow Place |
| One Courthouse Way | Suite 3703 |
| Boston, MA 02210 | Boston, MA 02114 |
| (617) 748-3100 | (617)720-2900 |
| | BBO# 327365 |