UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIM. NO. 05-10143-PBS |
| vs. ) | |
| ) | |
| COURTNEY WHITE, ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO CONTINUE DATE HEARING**

The United States of America, by and through its attorneys, United States Attorney for the District of Massachusetts, Michael J. Sullivan, and United States Attorney Paul R. Moore, hereby respectfully requests that the above-captioned matter, currently scheduled for a hearing on Friday, December 8, be re-scheduled to a date in mid-January of 2007. Counsel for Mr. White assents to this Motion.

Through no fault of the defendant, the government has been unable to finalize a necessary process with various governmental actors that it had hoped to finalize well before December 8. As discussed at side-bar before the Court on October 24, 2006, the government and defendant continue to fully anticipate a plea in this matter and the undersigned has and will continue to diligently attempt to complete the requisite process with other governmental actors (identified to the Court on October 24, 2006).

The undersigned apologizes to the Court for the timing of this Motion, but respectfully asks for the Court to grant the extension. The defendant agrees that the interests of justice fully justify the exclusion of time from the calculation of the Speedy Trial provisions between December 8, 2006, and the date on which the Court may re-set the date for this Hearing.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant United States Attorney

CERTIFICATE OF SERVICE

    I, Paul R. Moore, do hereby certify that I provided a copy of the foregoing motion on December 7, 2006, to counsel for the defendant, COURTNEY WHITE, James McCall, via electronic filing.