UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIM. NO. 05-10143-PBS |
| vs. ) | |
| ) | |
| COURTNEY WHITE, ) | |
| Defendant. ) | |

### ASSENTED-TO MOTION TO CONTINUE HEARING DATE

The United States of America, by and through its attorneys, United States Attorney for the District of Massachusetts, Michael J. Sullivan, and United States Attorney Paul R. Moore, hereby respectfully requests that the above-captioned matter, currently scheduled for a hearing on Thursday, January 18, 2007, be re-scheduled to a date in late February of 2007. Counsel for Mr. White assents to this Motion and requests a date in late February or early March (other than on Feb. 19, 21, 26 or 28).

Through no fault of the defendant, the government has been unable to finalize a necessary process with various governmental actors that it had hoped to finalize well before December 8, 2006, or January 18, 2007. As discussed at side-bar before the Court on October 24, 2006, the government and defendant continue to fully anticipate a plea in this matter and the undersigned has and will continue to diligently attempt to complete the requisite process with other governmental actors (identified to the Court on October 24, 2006).

The undersigned respectfully asks for the Court to grant the extension. The defendant agrees that the interests of justice fully justify the exclusion of time from the calculation of the Speedy Trial provisions between January 18, 2007, and the date on which the Court may re-set the date for this Hearing.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
        Paul R. Moore
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I, Paul R. Moore, do hereby certify that I provided a copy of the foregoing motion on January 12, 2007, to counsel for the defendant, COURTNEY WHITE, James McCall, via electronic filing.