UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 6/7/07
By

UNITED STATES OF AMERICA, )
)
v. ) CRIMINAL NO. 05-10143-PBS
)
COURTNEY WHITE )

### MOTION TO FILE UNDER SEAL

Now comes the defendant, Courtney White, by and through his counsel of record, and hereby moves this Honorable Court to file his plea agreement under seal

WHEREFORE, the defendant respectfully requests that this Honorable Court to file his plea agreement under seal.

COURTNEY WHITE
By his Attorney,

Four Longfellow Place
Suite 3703
Boston, MA 02114
(617) 720-2900
BBO# 327365

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by first class mail, postage prepaid or by hand delivery.

Dated: 6/7/07