Courtney White
Norfolk County Sheriff's Office
and Correctional Center
200 West St.
PO Box 149
Dedham, MA 02027

FILED
IN CLERKS OFFICE

2007 NOV 28  A 10: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Massachusetts

UNITED STATES OF AMERICA        )
                                )
        Plaintiff,               )       Case No. CR-05-10143-PBS
                                )
    vs.                          )       **NOTICE OF APPEAL**
                                )
Courtney White                   )
                                )
        Defendant.               )
_____)

COMES NOW the Defendant, Courtney White, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on November 20, 2007.

Respectfully submitted this 26th day of November, 2007.

_____
Courtney White
/Courtney White

Copy mailed this 26th day of November, 200 7, to each of the following:

U.S. Attorney for the
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

James E. McCall
Attorney at Law
4 Longfellow Place
Boston, MA 02114