# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10143

United States of America

v.

Courtney White

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Docket entries 1-23, 25-28, 41, 42        Volumes I
Sealed Docket Entries 29, 31-35, 37-40      Volumes II

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/28/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 19, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/19/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10143-PBS-1

Case title: USA v. White

Date Filed: 06/08/2005
Date Terminated: 11/28/2007

Assigned to: Judge Patti B. Saris

**Defendant (1)**

**Courtney White**
*TERMINATED: 11/28/2007*

represented by **James E. McCall**
4 Longfellow Place
Boston, MA 02114
617-720-2900
Fax: 617-742-5761
Email: mccall_attorney@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:922(g)(1) Felon in Possession of a
Firearm and Ammunition
(1)

**Disposition**

The defendant is hereby committed to
the custody of the United States Bureau
of Prisons to be imprisoned for a total
term of 90 months. The court makes a
recommendation to a federal facility in
Florida. The defendant is remanded to
the custody of the United States
Marshal. Upon release from
imprisonment, the defendant shall be on
supervised release for a term of 60
months. The $100.00 Special
Assessment is due immediately.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**                                                         **Disposition**

None

**Plaintiff**

**USA**                               represented by   **Paul R. Moore**
                                                      United States Attorney's Office
                                                      1 Courthouse Way
                                                      Suite 9200
                                                      Boston, MA 02210
                                                      617-748-3700
                                                      Fax: 617-748-3951
                                                      Email: paul.moore@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2005 | 1 | INDICTMENT as to Courtney White (1) count(s) 1. (Gawlik, Cathy) (Entered: 06/08/2005) |
| 06/08/2005 | 2 | Judge Patti B. Saris : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: pretrial proceedings as to Courtney White (Gawlik, Cathy) (Entered: 06/08/2005) |
| 01/20/2006 | 3 | Application for Writ of Habeas Corpus ad Testificandum *For An Initial Appearance* by Courtney White (Moore, Paul) (Entered: 01/20/2006) |
| 01/23/2006 |   | Magistrate Judge Joyce London Alexander : Electronic ORDER entered allowing as to Courtney White re 3 Goverment's Application for Writ of Habeas Corpus ad Testificandum (Lovett, Jarrett) (Entered: 01/23/2006) |
| 01/23/2006 | 4 | Writ of Habeas Corpus ad Prosequendum Issued as to Courtney White for January 27, 2006 (Lovett, Jarrett) (Entered: 01/23/2006) |
| 01/23/2006 |   | NOTICE OF HEARING as to Courtney White Initial Appearance set for 1/27/2006 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/23/2006) |
| 01/27/2006 |   | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Courtney White held on 1/27/2006; AUSA Hasib and Attorney Watkins for the dft.; USMJ Dein informs the dft. of his rights and charges; Dft. will retain counsel; Govt. moves for detention and continuance; USMJ Dein orders the dft. to temporary detention pending hearing on 1/31/06 @ 2:30pm. before USMJ Alexander. (Court Reporter DR.) (Quinn, Thomas) Modified on 1/31/2006 (Lovett, Jarrett). To reflect correct date & time of detention hearing. (Entered: 01/27/2006) |

| | | |
|---|---|---|
| 01/31/2006 | 5 | MOTION for Release from Custody as to Courtney White. (McCall, James) (Entered: 01/31/2006) |
| 01/31/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander : AUSA Gershengorn for the Gov't (covering for AUSA Moore), Atty McCall appearing for the Deft, Appearance of Counsel filed in open court, PTS. Deft sworn, advised of rights and charges. Maximum penalty stated. Arraignment as to Courtney White (1) Count 1 held on 1/31/2006. Deft waives reading of Indictment and enters a Plea of Not Guilty. Detention Hearing as to Courtney White held on 1/31/2006: Gov't moves for detention, Goverment's witness Agent Rudnici, Gov't direct, Deft cross, Deft moves for conditions of release and files a Motion for Suggested Conditions of Release, the Court takes motion under advisement and orders Deft detained and remanded to the custody of the U.S. Marshal pending a PTS interview with family members Re: suitable custodian and address. Initial Status Conference set for 3/15/06 @ 10:30 AM. (Digital Recording.) (Lovett, Jarrett) (Entered: 01/31/2006) |
| 01/31/2006 | 6 | NOTICE OF ATTORNEY APPEARANCE: James E. McCall appearing for Courtney White (Lovett, Jarrett) (Entered: 02/01/2006) |
| 01/31/2006 | 7 | NOTICE re automatic disclosure pursuant to Local Rule 116.1 as to Courtney White (Lovett, Jarrett) (Entered: 02/01/2006) |
| 01/31/2006 | | ELECTRONIC NOTICE OF HEARING as to Courtney White Initial Status Conference set for 3/15/2006 10:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 02/01/2006) |
| 02/08/2006 | 8 | Arrest Warrant Returned Executed on 1/31/06. as to Courtney White. (Patch, Christine) (Entered: 02/15/2006) |
| 02/22/2006 | 9 | Magistrate Judge Joyce London Alexander : ORDER entered: ORDER OF DETENTION as to Courtney White (Lovett, Jarrett) (Entered: 02/23/2006) |
| 03/09/2006 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered denying 5 Motion for Release from Custody as to Courtney White (1) "Denied in light of Order dated 2/22/06." (Lovett, Jarrett) (Entered: 03/13/2006) |
| 03/15/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Initial Status Conference as to Courtney White held on 3/15/2006: Atty Moore for the Gov't, Atty McCall for the Deft, Report & Order on Initial Status Report filed in open court, parties do not anticipate supplemental discovery, Interim Status Conference set for 4/5/06 @ 10:00 AM, the Court will set a Motion deadline at said hearing. (Digital Recording) (Lovett, Jarrett) (Entered: 03/15/2006) |
| 03/15/2006 | | ELECTRONIC NOTICE OF HEARING as to Courtney White Interim Status Conference set for 4/5/2006 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: |

|            |     |                                                                                                                                                                                                                                                                                                                                                                              |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 03/15/2006)                                                                                                                                                                                                                                                                                                                                                                  |
| 03/15/2006 | 10  | Judge Joyce London Alexander : ORDER entered. REPORT AND ORDER on Initial Status Conference as to Courtney White (Smith3, Dianne) (Entered: 03/16/2006)                                                                                                                                                                                                                      |
| 04/05/2006 |     | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander :Interim Status Conference as to Courtney White held on 4/5/2006: AUSA Moore for the Gov't, Atty McCall for the Deft. Court orders Dispositive Motions due by 5/15/06 and Government's Responses due by 5/31/06. Parties request that case be sent back to Judge Patti B. Saris, the Court allows the parties request. Case is herby sent back to Judge Patti B. Saris. (Digital Recording) (Lovett, Jarrett) (Entered: 04/05/2006) |
| 04/05/2006 | 11  | Magistrate Judge Joyce London Alexander : REPORT AND ORDER on Interim Status Conference as to Courtney White (Lovett, Jarrett) (Entered: 04/05/2006)                                                                                                                                                                                                                         |
| 04/05/2006 |     | Set/Reset Deadlines as to Courtney White: Dispositive Motions due by 5/15/2006 and Responses due by 5/31/2006 (Lovett, Jarrett) (Entered: 04/05/2006)                                                                                                                                                                                                                         |
| 04/05/2006 |     | Case as to Courtney White no longer referred to Magistrate Judge Joyce London Alexander. Case sent back to Judge Patti B. Saris. (Lovett, Jarrett) (Entered: 04/05/2006)                                                                                                                                                                                                      |
| 04/06/2006 | 12  | NOTICE OF MOTION HEARING / PRETRIAL CONFERENCE as to Courtney White. Motion Hearing re Dispositive Motions / Pretrial Conference set for 6/12/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/06/2006)                                                                                                                               |
| 04/06/2006 | 13  | Writ of Habeas Corpus ad Prosequendum Issued as to Courtney White for Motion Hearing / Pretrial Conference on 6/12/06 at 3:00 p.m. (Alba, Robert) (Entered: 04/06/2006)                                                                                                                                                                                                       |
| 04/11/2006 | 14  | JOINT MOTION for Excludable Delay from 4/5/06 to 5/15/06 as to Courtney Whiteby Courtney White, USA. (Lovett, Jarrett) (Entered: 04/12/2006)                                                                                                                                                                                                                                  |
| 04/14/2006 |     | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 14 JOINT MOTION for Excludable Delay from 4/5/06 to 5/15/06 as to Courtney White by Courtney White, USA. (Lovett, Jarrett) (Entered: 04/14/2006)                                                                                                                                                  |
| 05/14/2006 | 15  | MOTION to Suppress as to Courtney White. (Attachments: # # 2 Affidavit # 3 Police Report page one# 4 Police Report page two)(McCall, James) Modified on 5/15/2006 (Patch, Christine). (Entered: 05/14/2006)                                                                                                                                                                   |
| 05/14/2006 | 16  | MEMORANDUM in Support by Courtney White re 15 MOTION to Suppress. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 05/15/2006)                                                                                                                                                                                                             |
| 05/15/2006 |     | Notice of correction to docket made by Court staff. Correction:                                                                                                                                                                                                                                                                                                              |

| | | |
|---|---|---|
| | | Document No. 15 corrected because: the Memorandum in Support of the Motion to Suppress should have been filed as a separate document. Please see Document No. 16 for corrected filing as to Courtney White (Patch, Christine) (Entered: 05/15/2006) |
| 06/01/2006 | 17 | MEMORANDUM in Opposition by USA as to Courtney White re 15 MOTION to Suppress *and Memorandum of Law* (Attachments: # 1) (Moore, Paul) (Entered: 06/01/2006) |
| 06/06/2006 | 18 | Joint MOTION to Continue to July 21, 2006 to suppression hearing as to Courtney Whiteby USA. (Moore, Paul) (Entered: 06/06/2006) |
| 06/06/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 18 Joint MOTION to Continue to July 21, 2006 to suppression hearing as to Courtney White by USA. "ALLOWED THE EVIDENTIARY HEARING IS CONTINUED TO JULY 21, 2006, AT 2:00 P.M. ALL TIME IS EXCLUDED UNDER THE SPEEDY TRIAL ACT." (Alba, Robert) (Entered: 06/06/2006) |
| 07/21/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Hearing on Motion to Suppress as to Courtney White held on 7/21/2006. Final Pretrial Conference set for 10/24/2006 at 3:00 PM. Jury Trial set for 10/30/2006 at 9:00 AM. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 07/21/2006) |
| 07/21/2006 | 19 | COURT'S WITNESS LIST for Evidentiary Motion Hearing held on July 21, 2006, as to Courtney White. (Alba, Robert) (Entered: 07/21/2006) |
| 07/27/2006 | 20 | Letter to Judge Saris from James E. McCall enclosing copies of two cases which were not cited in Defendant White's Memorandum of Law in Support of Motion to Suppress Evidence as to Courtney White (Attachments: # 1 Exhibit USA v Lott et al# 2 Exhibit USA v Nee) (Patch, Christine) (Entered: 08/02/2006) |
| 07/27/2006 | 21 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Courtney White Jury Trial set for 10/30/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 10/24/2006 03:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 08/02/2006) |
| 08/09/2006 | 22 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER as to Courtney White denying 15 Motion to Suppress. (Patch, Christine) (Entered: 08/15/2006) |
| 10/20/2006 | 23 | Assented to MOTION to Continue *Trial Date* as to Courtney White. (McCall, James) (Entered: 10/20/2006) |
| 10/24/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Courtney White held on 10/24/2006. Court sets Change of Plea Hearing for 12/8/2006 at 2:00 PM in Courtroom 19. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/24/2006) |
| 12/07/2006 | 24 | Assented to MOTION for Extension of Time to December 8, 2006 to File |

|  |  |  |
|---|---|---|
|  |  | mid-January 2007 as to Courtney Whiteby USA. (Moore, Paul) (Entered: 12/07/2006) |
| 12/07/2006 |  | Judge Patti B. Saris: Electronic ORDER entered allowing 24 Assented to MOTION for Extension of Time to December 8, 2006 to File mid-January 2007 as to Courtney White by USA. "Allowed. The Rule 11 Hearing is rescheduled to 1/18/07 at 3:00 p.m." (Alba, Robert) (Entered: 12/07/2006) |
| 12/07/2006 |  | Reset Hearings as to Courtney White: Change of Plea Hearing continued to 1/18/2007 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 12/07/2006) |
| 01/12/2007 | 25 | Assented to MOTION to Continue *Hearing Date* as to Courtney Whiteby USA. (Moore, Paul) (Entered: 01/12/2007) |
| 01/16/2007 |  | Judge Patti B. Saris: Electronic ORDER entered allowing 25 Assented to MOTION to Continue Hearing Date as to Courtney White by USA. "Allowed. The Rule 11 Plea Hearing is rescheduled to February 27, 2007 at 3:00 PM." (Alba, Robert) (Entered: 01/16/2007) |
| 02/27/2007 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Courtney White held on 2/27/2007. Defendant does not wish to enter a guilty plea at this time. Court sets Final Pretrial Conference for 6/4/2007 at 2:00 PM. Jury Trial set for 6/11/2007 at 9:00 AM.(Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 02/27/2007) |
| 02/27/2007 | 26 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Courtney White Jury Trial set for 6/11/2007 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Pretrial Conference set for 6/4/2007 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 02/28/2007) |
| 06/04/2007 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Final Pretrial Conference as to Courtney White held on 6/4/2007. Parties inform the Court the case may be resolved by a plea of guilty. Court sets Change of Plea Hearing for 6/7/2007 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.)(Alba, Robert) (Entered: 06/04/2007) |
| 06/07/2007 |  | ELECTRONIC NOTICE RESCHEDULING HEARING TIME as to Courtney White. The Rule 11 Plea Hearing set for 6/7/07 at 4:00 p.m. is RESCHEDULED to commence at 3:45 p.m. (Alba, Robert) (Entered: 06/07/2007) |
| 06/07/2007 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Courtney White held on 6/7/2007. Plea entered by Courtney White (1) Guilty Count 1. Sentencing set for 9/6/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.)(Alba, Robert) (Entered: 06/07/2007) |
| 06/07/2007 | 27 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re |

| | | |
|---|---|---|
| | | sentencing hearing as to Courtney White. Sentencing set for 9/6/2007 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 06/08/2007) |
| 06/07/2007 | 28 | MOTION to Seal as to Courtney White. (Patch, Christine) (Entered: 06/12/2007) |
| 06/07/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 28 Motion to Seal as to Courtney White (1) (Patch, Christine) (Entered: 06/12/2007) |
| 06/07/2007 | 29 | Sealed Document - Plea Agreement. (Patch, Christine) (Entered: 06/12/2007) |
| 08/20/2007 | 31 | SEALED MOTION as to Courtney White. (Patch, Christine) (Entered: 08/20/2007) |
| 08/20/2007 | | Judge Patti B. Saris: Electronic ORDER entered granting 31 Sealed Motion as to Courtney White. (Alba, Robert) (Entered: 08/20/2007) |
| 08/30/2007 | 32 | SEALED MOTION as to Courtney Whiteby Courtney White, USA. (Patch, Christine) (Entered: 09/06/2007) |
| 08/30/2007 | 33 | Sealed Document (Patch, Christine) (Entered: 09/06/2007) |
| 09/04/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 32 Sealed Motion as to Courtney White (1) (Patch, Christine) (Entered: 09/06/2007) |
| 09/06/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Sealed Sentencing held on 9/6/07. Court continues sentencing to 10/31/2007 at 3:30 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 09/06/2007) |
| 09/21/2007 | 34 | SEALED EX-PARTE MOTION as to Courtney White by USA. (Alba, Robert) (Entered: 09/21/2007) |
| 10/29/2007 | 38 | Sealed Document (Attachments: # Exhibit Letters of Support)(Patch, Christine) (Entered: 11/01/2007) |
| 10/30/2007 | 37 | SEALED MOTION as to Courtney White filed by USA. (Alba, Robert) (Entered: 10/30/2007) |
| 10/30/2007 | | Judge Patti B. Saris: Electronic ORDER entered granting 37 SEALED MOTION as to Courtney White filed by USA. (Alba, Robert) (Entered: 10/30/2007) |
| 11/20/2007 | | Electronic Clerk Notes for proceedings held before Judge Patti B. Saris: Sentencing held on 11/20/2007 for Courtney White (1), Count(s) 1. Court sentences defendant to 90 months imprisonment, 60 months supervised release, $100 special assessment. Defendant informed of right of appeal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/20/2007) |
| 11/20/2007 | 39 | SEALED MOTION as to Courtney Whiteby USA. (Patch, Christine) (Entered: 11/28/2007) |
| 11/20/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 39 Sealed |

|  |  | Motion as to Courtney White (1) (Patch, Christine) (Entered: 11/28/2007) |
| --- | --- | --- |
| 11/20/2007 | 40 | SEALED MOTION as to Courtney Whiteby USA. (Patch, Christine) (Entered: 11/28/2007) |
| 11/20/2007 |  | Judge Patti B. Saris : Electronic ORDER entered granting 40 Sealed Motion as to Courtney White (1) (Patch, Christine) (Entered: 11/28/2007) |
| 11/28/2007 | 41 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Courtney White (1), Count(s) 1. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 90 months. The court makes a recommendation to a federal facility in Florida. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 months. The $100.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 11/29/2007) |
| 11/28/2007 | 42 | NOTICE OF APPEAL by Courtney White re 41 Judgment,, Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/18/2007. (Patch, Christine) (Entered: 12/05/2007) |