

# MANDATE

## United States Court of Appeals
### For the First Circuit

No. 08-1017

UNITED STATES

Appellee

v.

COURTNEY WHITE

Defendant - Appellant

---

**JUDGMENT**
Entered: May 22, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 5/22/08

By the Court:
/s/ Richard Cushing Donovan, Clerk.

[cc: Dina Chaitowitz, James E. McCall, Paul R. Moore, Courtney White]